# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1942. ANTHONY BURNETT v. THE STATE.**

In 1998, a jury found Anthony Burnett guilty of malice murder and other crimes. In 2025, Burnett filed a motion to set aside void judgment, which the trial court dismissed. This appeal followed.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction over this appeal lies in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); see also *Hart v. State*, ___ Ga. ___, ___ (1) (Case No. S25A0136, June 24, 2025) (reaffirming that the Supreme Court has opted to retain jurisdiction over all murder appeals).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 07/15/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*